

7/19/2010

1  CYNTHIA L. MELLEMA (State Bar No. 122798)
   JEFFRY BUTLER (State Bar No. 180936)
2  MICHELLE A. BRADLEY (State Bar No. 221323)
   SONNENSCHEIN NATH & ROSENTHAL LLP
3  2121 N. California Boulevard, Suite 800
   Walnut Creek, California 94596
4  Telephone: (925) 949-2600
   Facsimile:  (925) 949-2610

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KITTRELL E. TALASAZ; AND
GHASEM H. TALASAZ,

    Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,

    Defendant.

No.  CV 10 02724 JW

STIPULATION TO EXTEND TIME FOR
DEFENDANT ALLSTATE INSURANCE
COMPANY TO RESPOND TO
COMPLAINT

-1-

1    Pursuant to Civil Local Rule 6-1 of the United States District Court for the Northern
2  District of California, Plaintiffs KITTRELL TALASAZ and GHASEM TALASAZ and Defendant
3  ALLSTATE INSURANCE COMPANY, by and through their respective counsel, hereby stipulate
4  and agree to the following:

5    Defendant Allstate Insurance Company shall have an extension of time to and through July
6  27, 2010, in which to respond to Plaintiffs' Complaint in the above-captioned action.  No previous
7  extensions have been granted.

FILER'S ATTESTATION:

   Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  July 13, 2010            BY:    */s/ MICHELLE A. BRADLEY*
                                        MICHELLE A. BRADLEY


Dated:  July 13, 2010            SONNENSCHEIN NATH & ROSENTHAL LLP



                                 By:    */s/ MICHELLE A. BRADLEY*
                                        MICHELLE A. BRADLEY

                                 Attorneys for Defendant
                                 ALLSTATE INSURANCE COMPANY

Dated:  July 13, 2010            FLYNN, ROSE & PERKINS



                                 By:    */s/ SUSAN D. PELMULDER*
                                        SUSAN D. PELMULDER

                                 Attorneys for Plaintiffs
                                 KITTRELL TALASAZ and
                                 GHASEM TALASAZ

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BOULEVARD, SUITE 800
WALNUT CREEK, CA 94596
(925) 949-2600