GARY S. ROSE (State Bar No. 83744)
SUSAN D. PELMULDER (State Bar No. 234731)
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
Telephone: (408) 399-4566
Facsimile: (408) 399-6683
gsroselaw@hotmail.com; sue@pelmulder.com

Attorneys for Plaintiffs
KITTRELL E. TALASAZ and GHASEM H. TALASAZ

CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MICHELLE BRADLEY (State Bar No. 221323)
SNR DENTON US LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
cynthia.mellema@snrdenton.com; jeffry.butler@snrdenton.com;
michelle.bradley@snrdenton.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KITTRELL E. TALASAZ; AND GHASEM H. TALASAZ,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendants. | No. CV 10 02724 LHK<br><br>STIPULATION FOR DISMISSAL OF ENTIRE ACTION, AND [PROPOSED] ORDER |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Kittrell E. Talasaz and Ghasem H. Talasaz, and Defendant Allstate Insurance Company, through their respective attorneys of record herein, that this entire action shall be dismissed with prejudice, including the complaint and any and all cross-claims or counter-claims, each party to bear their or

its attorney's fees and costs.

IT IS SO STIPULATED.

Dated: May 2, 2011                             FLYNN, ROSE & PERKINS

By _____
SUSAN D. PELMULDER

Attorneys for Plaintiffs
KITTRELL E. TALASAZ and GHASEM H. TALASAZ

Dated: May 10, 2011                            SNR DENTON US LLP

By _____
MICHELLE A. BRADLEY

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

ORDER

Based upon the parties Stipulation for Dismissal of Entire Action,

IT IS HEREBY ORDERED, that this entire action is dismissed with prejudice, including the complaint and any all cross-claims, counter claims, each party to bear their or its attorney's fees and costs.

IT IS SO ORDERED. The Clerk shall close this file.

Dated: May 18, 2011                            _____
Hon. Lucy H. Koh
U.S. District Court Judge